AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

Gina Mattivi and Ryan Stango,

Plaintiffs,

v.

The City of New York, Detective Donald Hook, Shield No. 24812, and Sergeant Peter Marsalisi, Shield No. 2697,

Defendants.

APPEARANCE

Case Number: 08 Civ. _____

**08 CV 02800**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Gina Mattivi and Ryan Stango.

I certify that I am admitted to practice in this court.

March 17, 2008
Date

David Spears
Signature

David Spears
Print Name

DS-2720
Bar Number

Spears & Imes LLP, 51 Madison Ave.
Address

New York          NY          10010
City              State       Zip Code

(212) 213-6996          (212) 213-0849
Phone Number           Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March 2008, I caused to be served a copy of the foregoing Notice of Appearance upon the following by U.S. Mail:

City of New York
Corporation Counsel for the City of New York
Michael A. Cardozo
100 Church Street
6th Floor
New York, New York 10007

Donald Hook
62 Lorna Lane
Suffern, New York 10901

Peter Marsalisi
161 Pine Hills Road
Highland Mills, New York 10930

_____
Jacob J. Moss