UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GINA MATTIVI AND RYAN STANGO,                    :

                          Plaintiffs,                    :          08 Civ. 2800

                      v.                    :          **MOTION TO ADMIT**
                                                        **COUNSEL PRO HAC VICE**

THE CITY OF NEW YORK, DETECTIVE                    :
DONALD HOOK, SHIELD NO. 24812, and
SERGEANT PETER MARSALISI, SHIELD NO.  :
2697,                    :

                         Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, I, David Spears, a member in good standing of the

bar of this Court, hereby move for an order allowing the admission pro hac vice of Sarah

Jane Baumgartel, Spears & Imes LLP, 51 Madison Ave., New York, New York 10010,

(212) 213-1754, Fax: (212) 213-0849, sbaumgartel@spearsimes.com.

Ms. Baumgartel is a member in good standing of the Bar of the State of New

York and there are no disciplinary proceedings against Ms. Baumgartel pending in any

State or Federal Court.

Dated: New York, New York
       March 18, 2008

                                      Respectfully submitted,

                                      _David Spears_

                                      David Spears (DS-2720)
                                      Spears & Imes LLP
                                      51 Madison Avenue
                                      New York, New York 10010
                                      Tel: (212) 213-6996
                                      Fax: (212) 213-0849
                                      dspears@spearsimes.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GINA MATTIVI AND RYAN STANGO,                    :

                                Plaintiffs,        :        08 Civ. 2800

                              v.        :        **AFFIDAVIT IN SUPPORT
                                        OF MOTION TO ADMIT**

THE CITY OF NEW YORK, DETECTIVE        :        **COUNSEL PRO HAC VICE**
DONALD HOOK, SHIELD NO. 24812, and
SERGEANT PETER MARSALISI, SHIELD NO.  :
2697,        :

                           Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

David Spears, being duly sworn, hereby deposes and says as follows:

1.  I am a partner at Spears & Imes LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Sarah Jane Baumgartel as counsel pro hac vice to represent Plaintiffs in this matter.

2.  I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Ms. Baumgartel since April 2007. She is an associate with Spears & Imes LLP. I have found Ms. Baumgartel to be a person of integrity and I am not aware of any disciplinary proceedings against her. She is familiar with federal practice and the Federal Rules of Procedure.

4.  Accordingly, I am pleased to move for the admission of Ms. Baumgartel, pro hac vice.

5.  I respectfully submit a proposed order granting the admission of Ms. Baumgartel, pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit Ms. Baumgartel, pro hac vice, to represent Plaintiffs in the above-captioned action, be granted.

Dated: New York, New York
      March 18, 2008

                                          Respectfully submitted,

                                          David Spears (DS-2720)
                                          Spears & Imes LLP
                                          51 Madison Avenue
                                          New York, New York 10010
                                          Tel: (212) 213-6996
                                          Fax: (212) 213-0849
                                          dspears@spearsimes.com

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## SARAH JANE BAUMGARTEL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 25th day of October, 2005 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 12, 2008

2633

Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GINA MATTIVI AND RYAN STANGO,                    :

                          Plaintiffs,            :        08 Civ. 2800

              v.                                 :        **ORDER FOR ADMISSION
                                                          PRO HAC VICE**

THE CITY OF NEW YORK, DETECTIVE                  :
DONALD HOOK, SHIELD NO. 24812, and
SERGEANT PETER MARSALISI, SHIELD NO.             :
2697,                                            :

                          Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the motion of David Spears, attorney for Plaintiffs, and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED** that Sarah Jane Baumgartel of Spears & Imes LLP, 51 Madison Ave., New York, New York 10010, (212) 213-1754, Fax: (212) 213-0849, sbaumgartel@spearsimes.com, is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned action.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall apply for an ECF password. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
        New York, New York


                                    _____
                                    United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March 2008, I caused to be served a copy of the foregoing Motion to Admit Counsel Pro Hac Vice upon the following by U.S. Mail:

City of New York
Corporation Counsel for the City of New York
Michael A. Cardozo
100 Church Street
6th Floor
New York, New York 10007

Donald Hook
62 Lorna Lane
Suffern, New York 10901

Peter Marsalisi
161 Pine Hills Road
Highland Mills, New York 10930

_____
Jacob J. Moss