```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GINA MATTIVI AND RYAN STANGO,       :

                     Plaintiffs,       :       08 Civ. 2800

                    v.       :       **ORDER FOR ADMISSION PRO HAC VICE**

THE CITY OF NEW YORK, DETECTIVE     :
DONALD HOOK, SHIELD NO. 24812, and
SERGEANT PETER MARSALISI, SHIELD NO. :
2697,                                :

                     Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Upon the motion of David Spears, attorney for Plaintiffs, and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED** that Jennifer Ellen Blain of Spears & Imes LLP, 51 Madison Ave., New York, New York 10010, (212) 213-4518, Fax: (212) 213-0849, eblain@spearsimes.com, is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned action.

      All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall apply for an ECF password. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _3/24/08_
       New York, New York

                                                United States District/Magistrate Judge