AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

GINA MATTIVI AND RYAN STANGO

V.

CITY OF NEW YORK, DET.
DONALD HOOK and SGT. PETER MARSALISI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ. _____

08 CV 02800

TO: (Name and address of Defendant)

City of New York
Corporation Counsel for the City of New York
Michael A. Cardozo
100 Church St., 6th Fl.
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Spears & Imes LLP
51 Madison Ave.
New York, NY 10010

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 7 2008

CLERK

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA MATTIVI AND RYAN STANGO,

                  Plaintiff,

Vs

CITY OF NEW YORK, et al.,

                  Defendants.

Case No.
08civ.02800

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio De Lara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On March 18, 2008 at 3:25 p.m. at 100 Church Street, New York, NY 10007, I served the within SUMMONS, COMPLAINT and JUDGES RULES on CITY OF NEW YORK, defendant therein named, by delivering a true copy thereof to TAMEKIA MENDES-GAMMON, designated agent.

The person served is a black female, brown hair, 20-30 years old, 5'6"-5'8" in height, 125-135 pounds.

                                          Julio De Lara
                                          License No. 991178

Sworn to before me this
18th day of March 2008

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
Commission Expires January 13, 2010

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796