AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GINA MATTIVI AND RYAN STANGO

V.

CITY OF NEW YORK, DET. DONALD HOOK and SGT. PETER MARSALISI

**SUMMONS IN A CIVIL ACTION**

08 CV 02800

CASE NUMBER: 08 Civ. _____

TO: (Name and address of Defendant)

Peter Marsalisi
161 Pine Hills Rd.
Highland Mills, NY 10930

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Spears & Imes LLP
51 Madison Ave.
New York, NY 10010

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 7 2008

CLERK [signature]

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE# 08-CV-02800
Filing Date 3/17/08

GINA MATTIVI AND RYAN STANGO

Plaintiff(s)

against

*AFFIDAVIT OF SERVICE*

THE CITY OF NEW YORK, DET. DONALD HOOK AND SGT. PETER MARSALISI

Defendant(s)

STATE OF NEW YORK, COUNTY OF DUTCHESS ss: RANDOLPH R. FREYTAG The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the STATE OF NEW YORK
That on MAR. 24, 2008 at 7:25 A.M., at 161 PINE HILL RD. HIGHLAND MILLS, NY 10930
Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, DEMAND FOR JURY TRIAL AND JUDGES RULES.
☒ papers served had endorsed thereon index # and date of filing
On PETER MARSALISI

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON**
3. ☒ by delivering thereat a true copy *of each* to SULA MARSALISI (DEF. WIFE) a person of suitable age and discretion. Said premises is defendant's ☐ actual place of business ☒ dwelling place ☐ usual place of abode ☐ last known address—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's ☐ actual place of business ☐ dwelling place ☐ last known address—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING Use with 3 or 4**
5. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in first class envelope properly addressed to ☒ defendant's last known residence ☐ defendant's actual place of business at 161 PINE HILL RD. HIGHLAND MILLS, NY 10930 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State on MARCH 25, 2008
☒ The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
☐

**DESCRIPTION USE WITH 1, 2 or 3**
6. ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☒ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES**
7. ☐ At the time of said service, deponent paid (tendered) in advance $ _____ the authorized traveling expenses and one day's witness fee.

**MILITARY SERVICE**
8. ☒ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and grounds of my belief are the conversations and observations above narrated Upon information and belief I aver that the recipient is not in military service of New York or of the United States as that term is defined in either the State or in the Federal Statutes.

Sworn to before me on

MARCH 25, 2008

Tina Marie Tomlins
Notary State of New York
Reg. No. 01TO6155313
Qualified in County of Dutchess
Commission Exp. Nov. 6, 2010

X _____
RANDOLPH R. FREYTAG