⌘AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GINA MATTIVI AND RYAN STANGO

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF NEW YORK, DET. DONALD HOOK and SGT. PETER MARSALISI

CASE NUMBER: 08 Civ. _____

**08 CV 02800**

TO: (Name and address of Defendant)

Donald Hook
62 Lorna Lane
Suffern, NY 10901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Spears & Imes LLP
51 Madison Ave.
New York, NY 10010

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

DATE    MAR 17 2008

(By) DEPUTY CLERK

Gina Mattivi
~~Petitioner~~ Plaintiff

-against-

Donald Hook
~~Respondent~~ Defendants

AFFIDAVIT OF SERVICE

DOCKET #:
FU#:

Mario Sasco, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at PO Box 379 Valley Cottage, NY 10989
Address of deponent

That on March 20, 08 at 2:10 AM/**PM** deponent served the within

**Justice Investigations**
**P.O. Box 379**
**Valley Cottage, N.Y. 10989**
**Phone: (866)999-6474**
**Fax# (845)353-9717**

- [x] SUMMONS
- [ ] PETITION
- [ ] ORDER TO SHOW CAUSE
- [ ] TEMPORARY ORDER OF PROTECTION
- [ ] TEMPORARY ORDER OF SUPPORT
- [x] OTHER: Complaint and Judges Rules

_____, respondent therein named, at
on _____
Respondent Name
_____
Respondent Address

- [ ] **INDIVIDUAL-** By delivering a true copy of each to said respondent personally; deponent knew the person so served to be the person described as said respondent therein.

- [x] **SUITABLE AGE PERSON-** By delivering thereof a true copy of each, to Ciria Hook, a person of suitable age and discretion.
Name of person of suitable age

At: 62 Lorna Lane, Suffern, N.Y. 10901    said premises is respondent's:
Address

- [ ] Actual place of business  - [ ] Dwelling place  - [ ] Actual place of abode, within the State.
and by mailing a copy thereof to the said respondent to his/her last known residence.

THE PERSON SO SERVED WAS A:
- [ ] MALE  - [x] FEMALE    DATE OF BIRTH: 02/10/71    AGE: 37
WEIGHT: 5'6    HEIGHT: 120    SKIN COLOR: White    HAIR COLOR: Black

**FOR SUBSTITUTED SERVICE (Service other than personal service) COMPLETE THE FOLLOWING:**
(PRIOR COURT APPROVAL REQUIRED)

- [ ] **AFFIXING TO DOOR-** By affixing a true copy of each to the door of said premises, which is respondent's
- [ ] Actual place of Business  - [ ] Dwelling house  - [ ] Actual place of abode, within the State
and by mailing a copy thereof to the said respondent to his/her last known residence.
Service of such manner was made because, with due diligence, personal service could not be made although attempts to do so were made on _____
Date of attempted service

Signature

Sworn to before me this
24 day of March, 2008

Dean Wayne Woodward
Notary Public, State of New York
No. 01WO6148491
Qualified in Rockland County
Term Expires June 26, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA MATTIVI et al.

                        Plaintiffs,

-v-

CITY OF NEW YORK, et al

                        Defendants,

**Case no.
08 CV 2800**

**AFFIDAVIT OF
MAILING**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On March 24, 2008, I mailed a true copy of the within Summons, Complaint, and Judges Rules to Donald Hook at 62 Lorna Lane, Suffern, NY 10901 his actual place of residence, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant.

                                                        Ian Thomson
                                                        License No. 1150441

Sworn to before me this
24th day of March 2008

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796