AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u>　DISTRICT OF　<u>NEW YORK</u>

Gina Mattivi and Ryan Stango,

    Plaintiffs,

v.

The City of New York, Detective Donald Hook, and Sergeant Peter Marsalisi,

    Defendants.

**APPEARANCE**

Case Number: 08-CV-2800

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Plaintiffs Gina Mattivi and Ryan Stango

 I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/31/2008 | *(signature)* |
| Date | Signature |
| | Jennifer Ellen Blain |
| | Print Name / Bar Number |
| | 51 Madison Avenue |
| | Address |
| | New York / NY / 10010 |
| | City / State / Zip Code |
| | (212) 213-4518 / (212) 213-0849 |
| | Phone Number / Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2008, I caused to be served a copy of the foregoing Notice of Appearance upon the following by U.S. Mail:

City of New York
Corporation Counsel for the City of New York
Michael A. Cardozo
100 Church Street
6th Floor
New York, New York 10007

Donald Hook
62 Lorna Lane
Suffern, New York 10901

Peter Marsalisi
161 Pine Hills Road
Highland Mills, New York 10930

_____
Jacob J. Moss