UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    08 CV 2800 (JGK)

GINA MATTIVI and RYAN STANGO,

                              Plaintiffs,   NOTICE OF APPEARANCE

   -against-

THE CITY OF NEW YORK, DETECTIVE DONALD
HOOK, SHIELD NO. 24812, and SERGEANT PETER
MARSALISI, SHIELD NO. 2697,

                              Defendants.

------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for defendant CITY OF NEW YORK. I certify that I am admitted to practice in this court.

Dated:    New York, New York
          April 3, 2008

                                         MICHAEL A. CARDOZO
                                         Corporation Counsel
                                             of the City of New York
                                         Attorney for Defendant
                                         CITY OF NEW YORK
                                         100 Church Street, Room 3-162
                                         New York, New York 10007
                                         (212) 788-9391
                                         bmyrvold@law.nyc.gov

                                         By: _____
                                              Barry Myrvold

To:    J. Ellen Blain                By ECF
        Sarah Baumgartel
        David Spears
        Spears & Imes, LLP
        *Attorneys for Plaintiffs*