AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           NEW YORK

Gina Mattivi and Ryan Stango,

              Plaintiffs,

V.

The City of New York, Detective Donald Hook, and Sergeant Peter Marsalisi,

              Defendants.

**APPEARANCE**

Case Number: 08-CV-2800

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Gina Mattivi and Ryan Stango

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/31/2008 | *(signature)* |
| Date | Signature |
| | Jennifer Ellen Blain |
| | Print Name                Bar Number |
| | 51 Madison Avenue |
| | Address |
| | New York       NY        10010 |
| | City            State       Zip Code |
| | (212) 213-4518     (212) 213-0849 |
| | Phone Number             Fax Number |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April 2008, I caused to be served a copy of the foregoing Notice of Appearance upon the following:

City of New York (*via the Court's CM/ECF System*)
Corporation Counsel for the City of New York
Michael A. Cardozo
100 Church Street
6th Floor
New York, New York 10007

Donald Hook (*via U.S. Mail*)
62 Lorna Lane
Suffern, New York 10901

Peter Marsalisi (*via U.S. Mail*)
161 Pine Hills Road
Highland Mills, New York 10930

                                                                    _____
                                                                                    Jacob J. Moss