AO 458 (Rev. 10/95) Appearance

## UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Gina Mattivi and Ryan Stango,
                    Plaintiffs,

v.

The City of New York, Detective
Donald Hook, and Sergeant Peter
Marsalisi,
              Defendants

**APPEARANCE**

Case Number: 08-CV-2800

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Gina Mattivi and Ryan Stango

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/8/2008 | *[signature]* |
| Date | Signature |
| | Sarah Elizabeth Paul — SP2460 |
| | Print Name — Bar Number |
| | 51 Madison Avenue |
| | Address |
| | New York — NY — 10010 |
| | City — State — Zip Code |
| | (212) 897-4480 — (212) 213-0849 |
| | Phone Number — Fax Number |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of July 2008, I caused to be served a copy of the foregoing Notice of Appearance upon the following:

City of New York, Donald Hook, and Peter Marsalisi (*via the Court's CM/ECF System*)
Corporation Counsel for the City of New York
Michael A. Cardozo
100 Church Street
6th Floor
New York, New York 10007

_____
Sarah E. Paul