```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GINA MATTIVI AND RYAN STANGO,

                Plaintiffs,      08 CV 2800 (JGK)

     v.                              **JOINT** ~~PROPOSED~~ **CASE MANAGEMENT ORDER**

THE CITY OF NEW YORK, DETECTIVE
DONALD HOOK, SHIELD NO. 24812, and     *and Scheduling*
SERGEANT PETER MARSALISI, SHIELD     *Order.*
NO. 2697,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Plaintiffs Gina Mattivi and Ryan Stango and Defendants The City of New York, Detective Donald Hook and Sergeant Peter Marsalisi jointly propose the following case management order for the above-captioned action:

| | |
|---|---|
| July 23, 2008: | Deadline for parties to serve initial disclosures. |
| August 1, 2008: | Deadline for parties to serve initial interrogatories and initial requests for production of documents. |
| September 12, 2008: | Deadline for parties to produce documents. |
| October 3, 2008: | Commencement of depositions. |
| November 14, 2008: | Deadline for amending pleadings and joining additional parties. |
| *February 6, 2009* ~~December 12, 2008~~ | Deadline for conclusion of all ~~fact~~ discovery *including expert discovery* |
| ~~January 16, 2009:~~ | ~~Deadline for Plaintiffs' designation of experts and production of expert reports.~~ |
| February 6, 2009: | ~~Deadline for Defendants' designation of experts and production of expert reports.~~ |

14436.1/0138-00002

~~March 13, 2009:~~   Deadline for completion of ~~expert dis~~covery.

DATED: July 9, 2008  
New York, New York

Respectfully submitted,

SPEARS & IMES LLP  
*Attorneys for Plaintiffs*

MICHAEL A. CORDOZO  
Corporation Counsel of the  
City of New York  
*Attorney for Defendants*

By: _____  
J. Ellen Blain  
Sarah E. Paul  
David Spears  
51 Madison Avenue  
New York, NY 10010  
Tel: (212) 213-6996  
Fax: (212) 231-0849  
eblain@spearsimes.com  
spaul@spearsimes.com  
dspears@spearsimes.com

By: _____  
Barry Myrvold  
100 Church Street, Room 3-162  
New York, NY 10007  
(212) 788-9391  
bmyrvold@law.nyc.gov

7. ~~Dispositive~~ *sic*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────

                                    Plaintiff(s),
            - against -                                    _____ Civ. _____ (JGK)

                                                           **CIVIL SCHEDULING ORDER**

                                    Defendant(s).
────────────────────────────

**JOHN G. KOELTL, District Judge:**

   Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in this matter on _____, the Court hereby orders that:

   **Pleadings and Parties:** Except for good cause shown:
   1. No additional parties may be joined or cause of action asserted after _____.
   2. No additional defenses may be asserted after _____.

   **Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by _____. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

   **Dispositive Motions:*** Dispositive motions, if any, are to be completed by  2/27/09 . The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

   **Pretrial Order/Motions in Limine:*** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by 3/20/09 . The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

───────────────

* **Note:** In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to **three (3) weeks** from the decision on the motion. The **ready trial date** shall be adjourned to a date **four (4) weeks** after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.
   At any time **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after**. Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.

**Trial:*** The parties shall be ready for trial on  48  hours notice on or after  4/3/09 .
The estimated trial time is  5  days, and this a jury  ✓ /non-jury ___ trial.

**Other:**

_____  The case is referred to the Magistrate Judge for purposes of settlement (see attached Reference Order).

  ✓    The parties will notify the Court by  9/12/08  whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

**SO ORDERED.**

Dated: New York, New York
        7/9/08

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

2