

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Barry K. Myrvold<br>*Special Federal Litigation*<br>(212) 788-9391<br>(212) 788-9776 (fax)<br>bmyrvold@law.nyc.gov |

**APPLICATION GRANTED
SO ORDERED**

8/28/08

John G. Koetl, U.S.D.J.

August 27, 2008

**By Facsimile (212) 805-7912**
Hon. John G. Koetl
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,
New York, New York 10007

   Re: Gina Mattivi and Ryan Stango v. City of New York, et al.
     08 CV 2800 (JGK)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants City of New York, Police Detective Donald Hook and Police Sergeant Peter Marsalisi in this civil rights action. I am writing, with plaintiffs' counsel's consent, to respectfully request extensions of some interim deadlines in the current Joint Case Management and Scheduling Order. Specifically, we are requesting that the deadline for document productions by both parties be extended from September 12, 2008 to October 3, 2008, and that the deposition start date be pushed back to October 17, 2008 from October 3, 2008. It does not appear that it will be necessary to extend or change any of the other dates in the current scheduling order.

  I am requesting these interim extensions because I am scheduled to begin a one-week trial before the Honorable Paul A. Crotty, U.S.D.J., in Karen Cameron, et al. v. The City of New York, et al., 06 CV 7798 (PAC) on September 15, 2008, and also because the City is still amassing the documents sought by plaintiffs in their discovery requests.

  No previous requests have been made by either party to change or extend any of the dates in the current scheduling order.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

Honorable John G. Koetl
Mattivi and Stango v. NYC, et al.
August 27, 2008
Page 2

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Barry K. Myrvold

cc: J. Ellen Blain
Sarah Paul
Spears & Imes, LLP
*Attorneys for Plaintiffs*

**By Facsimile (212) 213-0849**